# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. G. ADAMS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-01380-AWI-GSA PC<br><br>ORDER (1) DENYING MOTION FOR ENTRY OF DEFAULT, AND (2) GRANTING DEFENDANTS' MOTION FOR RELIEF FROM RESPONDING TO THE COMPLAINT AND FOR A THIRTY-DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE UPON ISSUANCE OF SCREENING ORDER<br><br>(Docs. 1 and 10) |

　　　　Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. Defendants Adams, David, Melo, Martinez, Ruiz, Miranda, Mendoza, and Masiel ("Defendants") removed this action from Kings County Superior Court on September 11, 2008. 28 U.S.C. § 1441(b). In conjunction with their notice of removal, Defendants requested to be relieved of their obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c). Defendants are seeking a thirty-day extension of time to respond to the complaint, to commence upon issuance of the screening order.

　　　　On October 8, 2008, Plaintiff filed a motion seeking the entry of default based on Defendants' failure to file a response to the complaint in compliance with Federal Rule of Civil Procedure 81(c)(2)(C).

///

In general, default is disfavored and cases should be decided on their merits whenever possible. TCI Group Life Ins. v. Knoebber, 244 F.3d 691, 695-96 (9th Cir. 2001) (citation omitted). Here, Defendants filed a motion seeking an extension of time to respond with their notice of removal. The Court had not yet ruled on the motion when Plaintiff moved for entry of default. Under the circumstances presented by this case, there are no factors favoring entry of default against Defendants. Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for entry of default, filed October 8, 2008, is DENIED; and
2. Defendants' motion for an extension of time, filed September 11, 2008, is GRANTED, and Defendants shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

Dated: **October 15, 2008**                    /s/ **Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE