# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>D. G. ADAMS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-01380-AWI-GSA PC<br><br>ORDER DENYING MOTION FOR TELEPHONIC STATUS CONFERENCE<br><br>(Doc. 4) |

On September 22, 2008, Plaintiff filed a motion seeking a telephonic status conference. Plaintiff is referred to paragraph 8 the First Informational Order, filed on September 16, 2008. A scheduling order will issue after Defendants file an answer.

Accordingly, Plaintiff's motion for a telephonic status conference is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   October 15, 2008**            **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE

1