# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON, ) | 1:08-CV-1380 AWI GSA PC |
| Plaintiff, ) | ORDER GRANTING REQUEST FOR |
| ) | JURY TRIAL |
| v. ) | |
| ) | (Document #5) |
| D.G. ADAMS, et al., ) | |
| Defendants. ) | |

Petitioner is a state prisoner proceeding pro se with a civil rights complaint.

On September 22, 2008, Plaintiff filed a demand for a jury trial, as required by Rule 38 of the Federal Rules of Civil Procedure.

An administrative review of the file reveals that Plaintiff's September 22, 2008 request has been termed as a motion by the Clerk of the Court. As this document is merely a demand for a jury trial as required by the Federal Rules of Civil Procedure, Plaintiff's request has been automatically granted.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for a jury trial is GRANTED.

IT IS SO ORDERED.

Dated: September 15, 2009           /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE