# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON, | CASE NO. 1:08-cv-01380-AWI-GSA PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION TO STRIKE |
| v. | |
| D. G. ADAMS, et al., | (Docs. 36 and 39) |
| Defendants. | |

This is a civil rights action filed by Plaintiff George H. Robinson, a state prisoner proceeding pro se.  The action was removed from Kings County Superior Court on September 11, 2008, by Defendants Adams, David, Melo, Martinez, Ruiz, Miranda, Mendoza, and Masiel.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302, and on November 20, 2009, the Magistrate Judge filed a Findings and Recommendations recommending denial of Plaintiff's motion to strike Defendants' answer.  Objections were due within thirty days, and none were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.  Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 20, 2009, is adopted in full; and

///

2. Plaintiff's motion to strike Defendants' answer, filed August 28, 2009, is DENIED.

IT IS SO ORDERED.

**Dated:     January 8, 2010**             /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE

2