# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON,<br><br>            Plaintiff,<br><br>    v.<br><br>D. ADAMS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:08-cv-01380-AWI-SKO PC<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS TO MODIFY THE SCHEDULING AND DISCOVERY ORDER<br><br>(Docs. 44, 51)<br><br>DEADLINE TO AMEND PLEADINGS: 6/30/2010<br>DISCOVERY CUTOFF DATE: 6/30/2010<br>DISPOSITIVE MOTION DEADLINE: 7/30/2010 |

     Plaintiff ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed two motions requesting modification of the scheduling and discovery order. (Doc. #44, 51.) Good cause having been shown, the Court will partially grant the motion by extending the deadlines set forth in the scheduling and discovery order. Plaintiff's request to limit Defendants' time to respond to his discovery requests will be denied and to the extent that Plaintiff seeks an extension beyond that which is being provided by the Court, Plaintiff should file another motion requesting an extension as the new deadlines become imminent.

     The deadline for amending the pleadings will be June 30, 2010. The deadline for conducting discovery will be June 30, 2010. The deadline for filing pre-trial dispositive motions will be July 30, 2010.

     Good cause having been shown, it is HEREBY ORDERED that:

1.    Pursuant to Federal Rule of Civil Procedure 16(b), the deadline for amending the pleadings is extended to June 30, 2010;

1

2. The deadline for the completion of all discovery, including filing motions to compel, shall be June 30, 2010; and

3. The deadline for filing pre-trial dispositive motions shall be July 30, 2010.

IT IS SO ORDERED.

**Dated:** **May 10, 2010**             /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE