# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GEORGE H. ROBINSON,                          CASE NO. 1:08-cv-01380-AWI-SKO PC

                Plaintiff,                          ORDER

    v.

D. ADAMS, et al.,

                Defendants.

_____/

      Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 15, 2010, Plaintiff filed a motion to compel. (Doc. #65.)  Defendants have not filed an opposition or a statement of no opposition to Plaintiff's motion to compel.  Pursuant to Local Rule 230(l), Defendants are required to file an opposition or a statement of no opposition to Plaintiff's motion.

      Accordingly, Defendants are HEREBY ORDERED to file an opposition or a statement of no opposition to Plaintiff's July 15, 2010, motion to compel within **twenty (20) days** of the date of service of this order.

IT IS SO ORDERED.

**Dated:   October 12, 2010**                    **/s/ Sheila K. Oberto**
                                 UNITED STATES MAGISTRATE JUDGE