# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. ADAMS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-01380-AWI-SMS PC<br><br>ORDER VACATING THE ORDER PARTIALLY GRANTING PLAINTIFF'S MOTION TO COMPEL AND REFERRING THE MATTER BACK TO THE MAGISTRATE JUDGE<br><br>(ECF Nos. 95, 96, 103) |

　　　Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 14, 2011, the Magistrate Judge issued an order partially granting Plaintiff's motion to compel. (ECF No. 95.) Defendants filed a request for reconsideration by the District Judge on January 31, 2011, and Plaintiff filed an opposition to Defendants' request for reconsideration on March 10, 2011, which also contained objections to the order. (ECF Nos. 96, 103.) On March 23, 2011, the undersigned reassigned the Magistrate Judge on this case. (ECF No. 105.)

　　　Upon review of the order and objections of the parties and in light of the Magistrate Judge reassignment, the order partially granting Plaintiff's motion to compel is VACATED. The motion to compel is referred back to the Magistrate Judge for consideration.

IT IS SO ORDERED.

Dated:　May 17, 2011　　　　　　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1