# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. ADAMS, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:08-cv-01380-AWI-SMS PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR A COPY OF ORDER AS MOOT<br><br>(ECF No. 117, 118) |

Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On August 10, 2011, the order adopting the findings and recommendation granting in part Defendants' motion for summary judgment issued. On August 17, 2011, Plaintiff filed a motion requesting a copy of the order. Plaintiff's motion is dated August 10, 2011, the date the copy of the order was mailed to Plaintiff. Accordingly, Plaintiff's motion for a copy of the order is HEREBY DENIED as moot.

　　　IT IS SO ORDERED.

**Dated:　August 19, 2011**　　　　　　　　　　　／s／ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE