1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    GEORGE H. ROBINSON,                    CASE NO. 1:08-cv-01380-AWI-SMS PC

10                    Plaintiff,            ORDER DENYING PLAINTIFF'S MOTION TO
                                           SCHEDULE PRETRIAL AND TRIAL DATES
11          v.                             AS PREMATURE

12   D. ADAMS, et al.,                     (ECF No. 120)

13                    Defendants.
     _____/

14

15          On July 1, 15, and 25, 2011, Plaintiff filed motions for reconsideration by the District Judge

16   of the order granting in part and denying in part his motion to compel.  On August 31, 2011, Plaintiff

17   filed a motion to schedule the pretrial and trial dates in this action.  Since there are still discovery

18   issues pending in this action, Plaintiff's motion shall be denied as premature.  Once Plaintiff's

19   motion for reconsideration has been decided by the District Judge, and all discovery issues are

20   resolved, an order will issue setting dates in this action.

21          Accordingly, Plaintiff's motion to schedule pretrial and trial dates is HEREBY DENIED as

22   premature.

23

24   IT IS SO ORDERED.

25   **Dated:    September 2, 2011**              **/s/ Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE
26

27

28

1