# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON, | CASE NO. 1:08-cv-01380-AWI-BAM PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTIONS FOR SANCTIONS |
| v. | |
| D. ADAMS, et al., | (ECF Nos. 132, 135) |
| Defendants. | THIRTY-DAY DEADLINE |

On March 16, 2012, an order issued granting Defendants' motion for a protective order and ordering Defendants to serve responsive documents within thirty days. (ECF No. 130.) On April 4, 2012, and May 2, 2012, Plaintiff filed motions for sanctions stating that Defendants have not complied with the order and no discovery has been served. Defendants failed to file an opposition or a statement of non-opposition to the motion filed April 4, 2012. Local Rule 230(l).

Accordingly, it is HEREBY ORDERED that:

1. Defendants shall file an opposition or a statement of non-opposition to Plaintiff's motions for sanctions within **thirty (30) days** from the date of service of this order; and

2. The failure to respond to Plaintiff's motions in compliance with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: May 3, 2012         /s/ Barbara A. McAuliffe
                            UNITED STATES MAGISTRATE JUDGE

1