# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON, | CASE NO. 1:08-cv-01380-AWI-BAM PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO SUPPLEMENT OPPOSITION |
| v. | (ECF Nos. 132, 136, 137) |
| D. ADAMS, et al., | TWENTY DAY DEADLINE |
| Defendants. | |

Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 1, 2012, in response to the Court's order requiring Defendants to respond to Plaintiff's motions for sanctions, Defendants filed an opposition to Plaintiff's motion for sanctions filed May 2, 2012. However, Defendants' opposition fails to address the motion for sanctions filed April 4, 2012.

Accordingly, within twenty days from the date of service of this order, Defendants are HEREBY ORDERED to file a supplemental opposition to Plaintiff's motion for sanctions, filed April 4, 2012, specifically addressing Plaintiff's allegations that Defendants have failed to produce copies of all inmate appeals in compliance with the order issued August 10, 2011.

IT IS SO ORDERED.

Dated:   June 20, 2012                    /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

1