# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. ADAMS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-01380-AWI-BAM PC<br><br>ORDER REQUIRING DEFENDANTS TO PROVIDE STATUS OF DISCOVERY<br><br>(ECF No. 130)<br><br>FIVE-DAY DEADLINE |

　　Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed motions for sanctions based upon Defendants' alleged failure to provide discovery responsive to th March 16, 2012 order of this Court. On June 1, 2012, Defendants filed an opposition to Plaintiff's motion for sanctions requesting an extension of time to June 8, 2012 to provide documents responsive to the March 16, 2012.  On June 20, 2012, Plaintiff filed a supplemental reply stating that he had still not received the ordered discovery.  On July 11, 2012, Defendants filed a supplemental opposition to Plaintiff's motion for sanctions, but failed to state whether Plaintiff has been served with responsive documents. Accordingly, within five days from the date of service of this order, Defendants are required to notify the Court of the status of the discovery ordered in the March 16, 2012 order.

　　IT IS SO ORDERED.

　　**Dated:   July 16, 2012**　　　　　　　　　　**/s/ Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1