# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON, | CASE NO. 1:08-cv-01380-AWI-BAM PC |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL AND MOTION FOR SANCTIONS |
| v. | |
| D. ADAMS, et al., | (ECF Nos. 148, 149) |
| Defendants. | THIRTY-DAY DEADLINE |

Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the complaint, filed May 13, 2008, against Defendants David, Miranda, Melo, Garcia, Mendoza, Martinez, and Masiel for use of excessive force, and Defendants Adams and Ruiz for failing to protect Plaintiff in violation of the Eighth Amendment; and against Defendants Martinez, David, Miranda, and Garcia for assault and battery in violation of state law.

On August 24, 2012, Plaintiff filed a motion to compel and request for sanctions. On August 27, 2012, Plaintiff filed a motion for sanctions. Defendants have failed to file an opposition or statement of non-opposition to the motions. Local Rule 230(l).

Accordingly, it is HEREBY ORDERED that:

1. Defendants shall file an opposition or a statement of non-opposition to Plaintiff's motion to compel and motion for sanctions within **thirty (30) days** from the date of service of this order; and

///

2. Failure to comply with this order may result in the imposition of sanctions deemed appropriate by the Court.  Local Rule 210.

IT IS SO ORDERED.

**Dated:**     **September 25, 2012**              /s/ **Barbara A. McAuliffe**
                                               UNITED STATES MAGISTRATE JUDGE