# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON, | CASE NO. 1:08-cv-01380-AWI-BAM PC |
| Plaintiff, | ORDER ADDRESSING PLAINTIFF'S MOTION IN REGARDS TO STATUS OF DISCOVERY AND DIRECTING THE CLERK OF THE COURT TO SEND PLAINTIFF A COPY OF THE DOCKET |
| v. | |
| D. ADAMS, et al., | |
| Defendants. | (ECF Nos. 147) |

Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On August 6, 2012, Plaintiff filed a motion in regards to status of discovery. (ECF No. 147.) Plaintiff states that he has been transferred and requests that the Court send him copies of any orders or responses recently provided by Defendants. The Court will direct the Clerk's Office to send Plaintiff a copy of the docket in this action. Plaintiff may file a motion requesting any specific documents that he has not received due to the transfer.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send a copy of the docket in this action to Plaintiff.

IT IS SO ORDERED.

Dated: **November 16, 2012**                             **/s/ Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE

1