# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. G. ADAMS, et al.,<br><br>　　　　Defendants. | 1:08cv1380-AWI-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO FILE A SUPPLEMENTAL REPLY TO DEFENDANTS' OPPOSITION TO HIS MOTION TO COMPEL AND REQUEST FOR SANCTIONS (ECF No. 164)<br><br>ORDER REQUIRING DEFENDANTS TO PROVIDE STATUS OF DISCOVERY RESPONSES<br><br>SEVEN-DAY DEADLINE |

　　　　Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On August 6, 2012, the Court reopened discovery for the limited purpose of allowing Plaintiff to propound ten (10) interrogatories each to Defendants David, Miranda and Martinez. (ECF No. 145.) On November 2, 2012, Plaintiff filed a motion to compel responses to his interrogatories. (ECF No. 153.) Defendants filed an opposition on December 17, 2012, explaining that they did not receive Plaintiff's interrogatories until September 12, 2012, and during preparation of responses, defense counsel lost the draft responses not once, but twice due to computer issues. Defense counsel requested additional time, to and including January 3, 2013, to serve responses. (ECF No. 162.) On January 9, 2013, Plaintiff filed a reply. (ECF No. 163.) Shortly thereafter, Plaintiff filed a motion requesting to

file a supplemental reply to Defendants' opposition to his motion to compel. The motion included his proposed reply. (ECF No. 164.) The Court has reviewed the proposed supplemental reply and finds that it provides pertinent information regarding the status of Defendants' discovery responses. Therefore, Plaintiff's motion to file a supplemental reply is GRANTED.

In his supplemental reply, Plaintiff indicated that, as of January 16, 2013, he had not received Defendants' responses to his interrogatories. (ECF No. 164, p. 1.) According to the docket, Defendants have not filed a supplemental opposition and have not provided any information regarding the status of their discovery responses. Therefore, Defendants are REQUIRED to notify the Court of the status of their discovery responses within seven days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **March 26, 2013**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE