UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>D. G. ADAMS, et al.,<br><br>    Defendants. | Case No.: 1:08-cv-001380-AWI-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUBPOENA<br>(ECF No. 171) |

    Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the complaint against Defendants David, Miranda, Melo, Garcia, Mendoza, Martinez and Masiel for use of excessive force in violation of the Eighth Amendment; against Defendants Adams and Ruiz for failure to protect in violation of the Eighth Amendment; and against Defendants Martinez, David, Miranda and Garcia for assault and battery in violation of state law.

    On April 11, 2013, Plaintiff filed a subpoena addressed to Jeffrey Beard, Director of CDCR, and the California Department of Corrections and Rehabilitation for the production of documents. (ECF No. 171.) The Court construes this filing as a motion for issuance of a third-party subpoena. Plaintiff's motion is untimely.

    Discovery in this matter is closed. On August 6, 2012, the Court re-opened discovery in this matter <u>solely</u> to allow Plaintiff to propound ten (10) interrogatories each to Defendants David,

1 | Miranda and Martinez.  (ECF No. 145.)  No other discovery has been permitted.  Accordingly,
2 | Plaintiff's motion for issuance of a subpoena to non-party Jeffrey Beard and/or the California
3 | Department of Corrections and Rehabilitation is DENIED.
4 |
5 | IT IS SO ORDERED.
6 |     Dated:   **May 10, 2013**                              /s/ *Barbara A. McAuliffe*
7 |                                                         UNITED STATES MAGISTRATE JUDGE