# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON,<br><br>   Plaintiff,<br><br>   v.<br><br>D. G. ADAMS, et al.,<br><br>   Defendants. | 1:08cv1380-AWI-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTION ORDER FOR ALL LEGAL DOCUMENTS AS MOOT<br><br>(ECF No. 180) |

   Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint against Defendants David, Miranda, Melo, Garcia, Mendoza and Masiel for use of excessive force in violation of the Eighth Amendment; against Defendants Adams and Ruiz for failure to protect in violation of the Eighth Amendment; and against Defendants Martinez, David, Miranda and Garcia for assault and battery in violation of state law.

   On July 1, 2013, Plaintiff filed a motion seeking a protective order for all legal documents in his possession.  Plaintiff explained that he was being transferred from Centinela State Prison to Corcoran State Prison and that he was concerned that his property would be withheld at Corcoran State Prison for the purpose of allowing Defendants to comb through his legal notes and declarations.  Plaintiff requested that the Court order Centinela State Prison to place a seal on his boxes and that Corcoran State Prison open the boxes in his presence and issue the property without delay.  (ECF No. 180.)

On August 12, 2013, Plaintiff filed a notice of change of address. The notice identified Plaintiff's new address as Corcoran State Prison. Based on the notice, Plaintiff has been transferred to Corcoran State Prison. Accordingly, Plaintiff's motion requesting that Centinela State Prison place a seal on his boxes and that Corcoran State Prison open the boxes in his presence and issue the property without delay is now moot and is DENIED.[1]

IT IS SO ORDERED.

Dated: **September 13, 2013**        /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also has filed a document indicating that he does not know whether his documents are at Centinela State Prison or Corcoran State Prison. (ECF No. 183.) The fact that Plaintiff is unaware of the location of his legal property also advises against the issuance of any directive by the Court.