# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON, | ) 1:08cv1380-AWI-BAM (PC) |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S |
| v. | ) REQUEST FOR STATUS CONFERENCE ) WITHOUT PREJUDICE |
| D. G. ADAMS, et al., | ) (ECF No. 183) |
| Defendants. | ) |

Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint against Defendants David, Miranda, Melo, Garcia, Mendoza and Masiel for use of excessive force in violation of the Eighth Amendment; against Defendants Adams and Ruiz for failure to protect in violation of the Eighth Amendment; and against Defendants Martinez, David, Miranda and Garcia for assault and battery in violation of state law.

On August 12, 2013, Plaintiff filed a notice of change of address, which indicated that he had been transferred to Corcoran State Prison. On September 6, 2013, Plaintiff filed the instant request for a status conference. Plaintiff explains that his property was either left at Centinela State Prison or sent to Corcoran State Prison. Plaintiff claims that he has attempted to ask about his property and has filed requests, letters and appeals with no response. Plaintiff also claims that he has been harassed and retaliated against for inquiring about his property. Plaintiff

believes that a status conference will help resolve the ongoing issue with his property and may encourage prison staff to issue his documents. (ECF No. 183.)

Plaintiff's request for a status conference shall be denied at this time. Currently, there are no pending deadlines in this action requiring reference to Plaintiff's legal documents. Accordingly, there appears to be sufficient time for Plaintiff's appeals or other requests to be considered and resolved without the necessity of court intervention. However, Plaintiff is not precluded from renewing his request for a status conference or from seeking other appropriate relief from this Court in the event that he is unable to obtain his legal documents in sufficient time to respond to relevant filing deadlines or otherwise prosecute this action.

For these reasons, Plaintiff's request for status conference is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **September 13, 2013**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE