UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON, | ) Case No.: 1:08-cv-001380-AWI-BAM PC |
| Plaintiff, | ) ORDER RE: *IN CAMERA* REVIEW |
| v. | ) TEN DAY DEADLINE |
| D. G. ADAMS, et al., | ) |
| Defendants. | ) |

  Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on the complaint against Defendants David, Miranda, Melo, Garcia, Mendoza, Martinez and Masiel for use of excessive force in violation of the Eighth Amendment; against Defendants Adams and Ruiz for failure to protect in violation of the Eighth Amendment; and against Defendants Martinez, David, Miranda and Garcia for assault and battery in violation of state law.

  On May 17, 2013, the Court issued an order related to its *in camera* review of documents submitted by Defendant Jesse Martinez.  At that time, the Court informed the parties of its intended ruling to order that the documents regarding Defendant Martinez's reprimand for unnecessary use of force in 2008 be produced with all personal information, other than employee names and/or inmate names, redacted.  The Court's intended ruling was issued to allow Defendants sufficient time to request a protective order and to notify any inmates that their information would be provided to

Plaintiff pursuant to this Court's order.  The Court granted Defendants thirty-days in which to apply for further protective order relating to these documents.  (ECF No. 175.)

More than thirty days have passed and Defendants have not applied for a further protective order.  Accordingly, Defendants are HEREBY ORDERED to submit a status report within TEN (10) days regarding the production of documents encompassed by the Court's intended ruling, including whether the relevant documents have been produced or whether a further order of this Court is required.

IT IS SO ORDERED.

Dated:   **November 6, 2013**                    /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE