1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON, | )   1:08cv1380-AWI-BAM (PC) |
| Plaintiff, | )<br>)   ORDER DENYING PLAINTIFF'S |
| v. | )   SUPPLEMENTAL MOTION TO COMPEL<br>)   AND REQUEST FOR SANCTIONS |
| D. G. ADAMS, et al., | )<br>)   (ECF No. 188) |
| Defendants. | )<br>) |
| _____ | ) |

Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint against Defendants David, Miranda, Melo, Garcia, Mendoza and Masiel for use of excessive force in violation of the Eighth Amendment; against Defendants Adams and Ruiz for failure to protect in violation of the Eighth Amendment; and against Defendants Martinez, David, Miranda and Garcia for assault and battery in violation of state law.

On September 23, 2013, Plaintiff filed a supplemental motion to compel responses to his requests for production of documents, along with a request for sanctions.  (ECF No. 188)  However, Plaintiff has not identified the relevant requests for production of documents at issue, and the Court will not scour the record to locate the requests and defendants' responses.  Accordingly, Plaintiff's supplemental motion to compel, filed on September 23, 2013, is DENIED.

IT IS SO ORDERED.

Dated:   **November 6, 2013**            _/s/ Barbara A. McAuliffe_
                                        UNITED STATES MAGISTRATE JUDGE