# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON,<br><br>        Plaintiff,<br><br>    v.<br><br>D. G. ADAMS, et al.,<br><br>        Defendants. | ) 1:08cv1380-AWI-BAM (PC)<br>)<br>) ORDER REGARDING PLAINTIFF'S<br>) MOTION TO SET MOTION DATES FOR<br>) PLAINTIFF'S REQUEST FOR SANCTIONS<br>) (ECF No. 194)<br>)<br>)<br>)<br>)<br>) |

     Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint against Defendants David, Miranda, Melo, Garcia, Mendoza and Masiel for use of excessive force in violation of the Eighth Amendment; against Defendants Adams and Ruiz for failure to protect in violation of the Eighth Amendment; and against Defendants Martinez, David, Miranda and Garcia for assault and battery in violation of state law.

     On October 28, 2013, Plaintiff filed a motion requesting that the Court set a date for any opposition to Plaintiff's "request for sanctions for Defendant Martinez's failure to comply with court order." (ECF No. 194.) It appears that Plaintiff is requesting that the Court set a date for Defendant Martinez to file an opposition to Plaintiff's Request for Sanctions for Defendant Martinez's Failure to Comply with Court Order, which was served on October 15, 2013, and filed on October 18, 2013. (ECF No. 192.)

1  Pursuant to Local Rule 230(l), Defendant Martinez's deadline to respond to the motion is twenty-one (21) days after the date of service of the motion. By the Court's calculation, Defendant Martinez's response to the motion is due on or before November 8, 2013. Plaintiff's reply is due seven (7) days after the opposition, if any, has been filed.

Accordingly, Plaintiff's motion requesting that the Court set a date for Defendant Martinez's response is DENIED as unnecessary. Defendant Martinez's opposition to the motion, if any, is due on or before November 8, 2013, and Plaintiff's reply is due seven days after the opposition has been filed. Following resolution of the motion, the Court shall issue a Second Scheduling Order setting forth the remaining deadlines in this action, including trial dates.

IT IS SO ORDERED.

Dated: **November 6, 2013**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE