UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>D. G. ADAMS, et al.,<br><br>    Defendants. | Case No.: 1:08-cv-01380-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR SANCTIONS BASED ON DEFENDANTS AND/OR AGENTS ACTING ON THEIR BEHALF OBSTRUCTING ABILITY TO PROSECUTE THIS CASE<br><br>(ECF NO. 191, 199) |

Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on the complaint against Defendants David, Miranda, Melo, Garcia, Mendoza, Martinez and Masiel for use of excessive force in violation of the Eighth Amendment; against Defendants Adams and Ruiz for failure to protect in violation of the Eighth Amendment; and against Defendants Martinez, David, Miranda and Garcia for assault and battery in violation of state law. The events alleged in Plaintiff's complaint occurred at California State Prison – Corcoran in 2007.

On November 6, 2013, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion for an order regarding the production of his property and repair of his typewriter be denied.  The findings and recommendations were served on the parties and contained notice that any

1

objections must be filed within fourteen days after service. (ECF No. 199.) More than fourteen days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on November 6, 2013, are adopted in full; and
2. Plaintiff's motion for an order regarding the production of his property and repair of his typewriter is DENIED.

IT IS SO ORDERED.

Dated:   December 3, 2013

SENIOR DISTRICT JUDGE