UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. G. ADAMS, et al.,<br><br>　　　　Defendants. | Case No.: 1:08-cv-01380-AWI-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MOTION TO PLAINTIFF'S REQUEST FOR SANCTIONS (ECF No. 203)<br><br>ORDER GRANTING DEFENDANTS LEAVE TO FILE RESPONSE<br><br>FOURTEEN DAY DEADLINE |

Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 18, 2013, Plaintiff filed a motion for sanctions to be imposed against Defendant Martinez for failure to comply with court order. (ECF No. 192.) Defendants did not file a response. On December 5, 2013, Plaintiff filed the instant motion for leave to file a supplemental motion to his request for sanctions. Plaintiff included his motion. (ECF No. 203.) Plaintiff's request to supplement his motion is GRANTED. Defendants shall be permitted to file a response to the motion within fourteen (14) days following service of this order.

IT IS SO ORDERED.

Dated:　**December 5, 2013**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1