# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. G. ADAMS, et al.,<br><br>　　　　Defendants. | Case No.: 1:08-cv-01380-AWI-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE REQUEST FOR A COPY OF THE COURT'S DOCKET<br><br>(ECF No. 208) |

Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 17, 2014, Plaintiff filed a request for a copy of the Court's docket. (ECF No. 208.) Plaintiff states that he was transferred twice in eight months and he is missing a few pleadings. Plaintiff seeks a copy of the docket to assist him in organizing his documents and to determine what is missing. Good cause appearing, Plaintiff's request will be granted. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send a copy of the docket in this action to Plaintiff.

IT IS SO ORDERED.

　Dated:　**August 11, 2014**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE