1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON, | ) Case No.: 1:08-cv-01380-AWI-BAM PC |
| | ) |
| Plaintiff, | ) ORDER DIRECTING DEFENDANTS TO FILE A |
| | ) RESPONSE TO PLAINTIFF'S REQUEST FOR |
| v. | ) ORDER DIRECTING DEFENDANTS TO |
| | ) PROVIDE CURRENT LOCATION OF INMATE |
| D. G. ADAMS, et al., | ) WITNESSES |
| | ) (ECF No. 219) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint against Defendants David, Miranda, Melo, Garcia, Mendoza and Masiel for use of excessive force in violation of the Eighth Amendment; against Defendants Adams and Ruiz for failure to protect in violation of the Eighth Amendment; and against Defendants Martinez, David, Miranda and Garcia for assault and battery in violation of state law.  A jury trial is scheduled for March 10, 2015.

On September 8, 2014, Plaintiff filed a motion seeking an order directing Defendants to provide him with the current location of inmate witnesses.  Plaintiff asserts that the addresses are necessary to prepare a motion for the attendance of incarcerated witnesses as outlined in the Court's

1

1  Second Scheduling Order.  (ECF No. 219.)  Defendants have not filed a response.  Accordingly,

2  Defendants are HEREBY DIRECTED to file an opposition or statement of non-opposition to the

3  motion within fourteen (14) days.

4

5  IT IS SO ORDERED.

6      Dated:   **November 12, 2014**          /s/ *Barbara A. McAuliffe*       _

7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28