IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE H. ROBINSON,**<br><br>Plaintiff,<br><br>v.<br><br>**D.G. ADAMS, et al.,**<br><br>Defendants. | Case No. 1:08-cv-1380 AWI BAM (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO RESPOND TO THE COURT'S ORDER BEYOND TIME**<br><br>(ECF No. 226) |

Plaintiff George H. Robinson is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is scheduled for a jury trial on March 10, 2015.

On September 8, 2014, Plaintiff filed a motion seeking an order directing Defendants to provide him with the current location of inmate witnesses. (ECF No. 219.) On November 13, 2014, the Court directed Defendants to file a response to Plaintiff's request within fourteen (14) days. (ECF No. 224.) Defendants' response was due on or before December 1, 2014.

On December 1, 2014, Defendants filed the instant request for an extension of time to comply with the Court's order. Defendants explain that counsel has been ill and requires additional time to prepare a response. (ECF No. 226.)

1

     Good cause appearing, Defendants' request for an extension of time to comply with the Court's order is HEREBY GRANTED.  Defendants shall file and serve their response to Plaintiff's request for the current location of inmate witnesses on or before December 8, 2014. IT IS SO ORDERED.

Dated:   **December 2, 2014**         /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE