UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON, | Case No.: 1:08-cv-01380-AWI-BAM PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST TO FILE DOCUMENT UNDER SEAL |
| v. | (ECF No. 245) |
| D. G. ADAMS, et al., | |
| Defendants. | |

On February 2, 2015, Defendants filed a request to file Operations Procedure (OP) 010 under seal. Filings in cases such as this are a matter of public record absent compelling justification. *United States v. Stoterau*, 524 F.3d 988, 1012 (9th Cir. 2008). The Court has conducted an *in camera* review of the document to determine if the information is of a nature that clearly would require the court to maintain confidentiality. The Court finds that the document contains confidential cell extraction procedures that, if known to inmates or the general public, including Plaintiff, would endanger the lives of other inmates and jeopardize the security of the institution. This is a compelling justification for sealing.

Although defendants have requested that the document remain under seal for seventy-five years, it is the practice of this Court to maintain case documents under seal for an undetermined time period, until they are ordered unsealed by the Court. Accordingly, the Court shall grant Defendants'

request for an order to file OP 010 under seal. The document shall remain under seal until it is ordered unsealed by the Court. Defendants are required to submit the document for filing under seal in accordance with Local Rule 141. The document **shall not** be served on Plaintiff.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendants' request to file OP 010 under seal is GRANTED;
2. The document shall remain under seal until it is ordered unsealed by the Court;
3. Defendants shall submit the document for filing under seal in accordance with Local Rule 141; and
4. This document **shall not** be disclosed to Plaintiff or the general public.

IT IS SO ORDERED.

Dated: **February 6, 2015**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE