UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON,<br><br>  Plaintiff,<br><br>  v.<br><br>D. G. ADAMS, et al.,<br><br>  Defendants. | Case No.: 1:08-cv-01380-AWI-BAM PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR STATUS CONFERENCE<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO WEAR CIVILIAN CLOTHING DURING TRIAL<br>(ECF No. 262) |

Plaintiff George H. Robinson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint against Defendants David, Miranda, Melo, Garcia, Mendoza and Masiel for use of excessive force in violation of the Eighth Amendment; against Defendants Adams and Ruiz for failure to protect in violation of the Eighth Amendment; and against Defendants Martinez, David, Miranda and Garcia for assault and battery in violation of state law.  A jury trial is scheduled for March 10, 2015.

On March 2, 2015, Plaintiff filed the instant motion requesting a status conference and to wear civilian clothing during trial.  Plaintiff seeks a status conference to discuss arrangements for his clothing to be mailed to the prison prior to trial, along with an order to appear in civilian clothing at trial.  (ECF No. 262.)

1

A status conference to discuss arrangements for Plaintiff's clothing at trial is unnecessary and HEREBY DENIED.  Plaintiff's corresponding request for leave to wear civilian clothing during trial is HEREBY GRANTED.  However, Plaintiff must have his clothing mailed to the United States Marshal Service at 2500 Tulare Street, 3rd Floor, Fresno, California 93721.  Plaintiff's mailing shall be clearly identified with his name, CDCR number, case number and trial date.

IT IS SO ORDERED.

Dated:   March 4, 2015                                   _____
                                                        SENIOR DISTRICT JUDGE