UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. ADAMS, et al.,<br><br>　　　　　Defendants. | Case No.: 1:08-cv-01380-AWI-BAM<br><br>**NOTICE AND ORDER THAT PIERRE DAVY, CDCR# D-20396, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED** |

Jury trial in this matter commenced on March 10, 2015. Inmate witness Pierre Davy, CDCR #D-20396, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __March 10, 2015__　　　　　　__/s/ signature__

　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1