UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H ROBINSON,<br><br>      Plaintiff,<br><br>v.<br><br>D. RUIZ, et al.,<br><br>      Defendants. | Case No.: 1:08-cv-01380-AWI-BAM<br><br>**ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON MARCH 12, 2015, AT 8:30 A.M.** |

Plaintiff George H Robinson #D-48919, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Thursday, March 12, 2015, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated:   March 11, 2015                                         _____

                                                                                SENIOR DISTRICT JUDGE

1