UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE H. ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. RUIZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:08-cv-01380-AWI-BAM<br><br>**ORDER NO LONGER REQUIRED FOR TRIAL** |

Jury Trial as to George H. Robinson #D-48919, has concluded and he can be returned to his permanent housing unit.

IT IS SO ORDERED.

Dated:   March 12, 2015                                                  _____

　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1