*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

```
GEORGE H ROBINSON,

          Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:08-cv-01380-AWI-BAM

D. RUIZ, et al.,

          Defendants.
_____/
```

Judgment is entered in this action in favor of Defendants D. Ruiz, B. David, J. Martinez, H. Miranda, and R. Garcia, and against Plaintiff George H Robinson on all plaintiff's claims, according to the verdicts of trial jury returned in open Court March 12, 2015.


DATED: March 13, 2015                    MARIANNE MATHERLY, Clerk


                                              /s/ RENEE GAUMNITZ
                                         By:  Renee Gaumnitz,
                                              Deputy Clerk